UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**ANDREW GISSENDANNER**, individually
and on behalf of all others similarly situated,

    Plaintiff,                                          Civ. No.:  6:18-cv-6262-WKS

v.

**CLIENT SERVICES, INC.**,

    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff Andrew Gissendanner ("Plaintiff"), through his undersigned counsel, hereby notifies the Court that the Parties have agreed to settle the matters at issue between them in the present action.  The Parties are in the process of reducing their agreement to writing, and upon finalization and execution of the settlement document(s), Plaintiff expects to file the appropriate papers dismissing Plaintiff's claims with prejudice.  Accordingly, Plaintiff requests that the Court vacate all pending deadlines and conferences.

DATED:     July 30, 2018

                                                **DOUGLAS FIRM, P.C.**

                                                /s/ Alexander J. Douglas
                                                Alexander J. Douglas, Esq.
                                                36 W. Main St., Ste 500
                                                Rochester, NY  14614
                                                P: 585-568-2224
                                                F: 585-546-6185
                                                *Attorney for Plaintiff*