UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**ANDREW GISSENDANNER**,

      Plaintiff,

  v.

**CLIENT SERVICES, INC.**,

      Defendant.

Civ. No.: 6:18-cv-6262-WKS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that, Plaintiff Andrew Gissendanner, and Defendant Client Services, Inc., hereby stipulate and agree to dismiss the above captioned matter in its entirety with prejudice, each party to pay its own costs and attorneys' fees and waiving all rights of appeal.

Dated this 30th day of August 2018.

| | |
|---|---|
| **LIPPES MATHIAS WEXLER FRIEDMAN LLP** | **DOUGLAS FIRM, P.C.** |
| | |
| /s/ Brendan H. Little | /s/ Alexander J. Douglas |
| Brendan H. Little, Esq. | Alexander J. Douglas, Esq. |
| Attorney for Defendant | Attorney for Plaintiff |
| 50 Fountain Plaza, Ste 1700 | 36 W. Main St., Ste 500 |
| Buffalo, NY 14202 | Rochester, NY 14614 |
| P: 716-853-5100 | P: 585-703-9783 |
| blittle@lippes.com | alex@lawroc.com |